1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NCMIC FINANCE CORPORATION, | CASE NO. 1:10-cv-2015-LJO-SKO |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR REMAND** |
| v. | |
| COSTLESS RELIABLE INSURANCE AGENCY, INC., et al., | |
| Defendants. | (Docket No.) |
| _____/ | |

The hearing on NCMIC Finance Corporation's Motion to Remand (Doc. 5) is set for January 12, 2011, at 9:30 a.m. in Courtroom 8 of the above entitled Court before Magistrate Judge Sheila K. Oberto.

The Court orders that any opposition brief to the Motion to Remand shall be filed on or before December 22, 2010, and any reply brief shall be filed on or before January 3, 2011.

IT IS SO ORDERED.

**Dated:    November 30, 2010**          _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE