| | |
|---|---|
| 1 | Joshua D. Wayser (Cal. Bar No. 152711) |
| | Joshua.Wayser@kattenlaw.com |
| 2 | Yuval M. Rogson (Cal. Bar No. 235291) |
| | Yuval.Rogson@kattenlaw.com |
| 3 | Eric Guerrero (Cal. Bar No. 260648) |
| | Eric.Guerrero@kattenlaw.com |
| 4 | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| 5 | Los Angeles, CA 90067-3012 |
| | Telephone:  310.788.4400 |
| 6 | Facsimile:  310.788.4471 |

Attorneys for plaintiff NCMIC FINANCE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – (FRESNO)

| | |
|---|---|
| NCMIC FINANCE CORPORATION, | Case No.: 1:10-cv-02015-LJO-SKO |
| Plaintiff, | (State Court Case No.: 10CECG03115JYH) |
| vs. | **ORDER GRANTING JOINT STIPULATION RE REMAND** |
| COSTLESS RELIABLE INSURANCE AGENCY, INC.; DONNA PECK, an individual; MARY ANN SCOTT, an individual; and DOES 1 through 10, inclusive, | Doc. No. 5 |
| | Complaint Filed:  October 26, 2010 |
| Defendants. | Hearing Date:  January 12, 2011 |
| | Time:  9:30 a.m. |
| | Place:  2500 Tulare Street, Fresno, CA 93721, Courtroom 8 |

///

///

///

1

**ORDER**

# ORDER

The Court has reviewed the Joint Stipulation Re Remand reached between counsel for plaintiff NCMIC Finance Corporation ("Plaintiff") and counsel for defendants Costless Reliable Insurance Agency, Donna Peck, and Mary A. Scott (collectively, "Defendants").

Good cause appearing therefore, the Court hereby orders the following:

1. This case styled as <u>NCMIC Finance Corp. vs. Costless Reliable Insurance Agency, Inc., et al.</u>, Case No. 1:10-cv-02015-LJO-SKO (formerly Fresno County Superior Court Case No. 10CECG03115JYH), is remanded to the Fresno County Superior Court, the Honorable Judge Jeff Hamilton presiding; and

2. This case shall be administratively closed.

IT IS SO ORDERED.

Dated:   **December 8, 2010**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE